[No. 46333-4-II. Division Two. September 1, 2015.]

JOHN O'NEILL, *Plaintiff*, v. CHWEN-JYE JU ET AL., *Defendants*.

FRANCES DU JU, *Appellant*, v. JPMORGAN CHASE BANK, NA, ET AL., *Respondents*.

 by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 25999-4-III. Division Three. September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDOLPH NICACIO, *Appellant*.

 by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 32051-1-III. Division Three. September 1, 2015.]

*In the Matter of the Estate of* PATRICK G. HERRIN.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.